UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JOSE ANTONETTI,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 27, 2020

02-CR-1232 (KMW)
18-CV-7239 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Petitioner Jose Antonetti has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. (ECF No. 47.[1]) On September 30, 2019, Petitioner requested that the Court take notice of the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). (ECF No. 59.)

      The Government is hereby ordered to respond to Petitioner's citation to *Davis* by August 5, 2020.

      SO ORDERED.

Dated: New York, New York
       July 27, 2020

                                            /s/ Kimba M. Wood
                                             KIMBA M. WOOD
                                         United States District Judge

---

[1] All references to Petitioner's electronic docket refer to Petitioner's criminal docket.