UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JOSE ANTONETTI,

                    Petitioner,

        -against-

UNITED STATES OF AMERICA,

                    Respondent.

--------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: August 12, 2020 |

02-CR-1232 (KMW)

18-CV-7239 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

     Due to a conflict in the Court's calendar, the hearing currently scheduled for October 20,

2020, is moved to October 21, 2020, at 11:00 a.m.

     SO ORDERED.

Dated: New York, New York
       August 12, 2020

                                 /s/ Kimba M. Wood
                                  KIMBA M. WOOD
                        United States District Judge