UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOSE ANTONETTI,

                        Petitioner,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/20
```

          -against-

UNITED STATES OF AMERICA,

                        Respondent.

**ORDER**
18 CV 7239 (KMW)
02 CR 1232 (KMW)

-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference, for the Petitioner's resentencing, on Wednesday, October 21, 2020, at 11:00 a.m.

To join the teleconference, the parties should dial 888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
        October 13, 2020

                                                     */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                               UNITED STATES DISTRICT JUDGE